The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 6, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 6, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re | HAROLD A KALINA<br>xxx-xx-9639 | ) | Case No. 18-15171-AIH |
| | MARYPAT KALINA<br>xxx-xx-9107 | ) | Chapter 13 Proceedings |
| | Debtor(s) | ) | Judge Arthur I. Harris |

**ORDER DISMISSING CASE AND RELEASING
INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT**

This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case that was filed on MAY 10, 2019. Any objections or responses filed have been withdrawn or overruled. The case is hereby dismissed due to the material default in the funding of the Plan by the Debtor.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay to the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds. The Trustee is also authorized to retain the administrative fee on funds received.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216)621-4268
Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

All creditors and parties of interest
(served via ECF)

MELISSA L RESAR, Attorney for Debtor(s)
(served via ECF)

HAROLD A & MARYPAT KALINA, Debtor(s)
4980 WINDSFORD CIRCLE, NORTH RIDGEVILLE, OH 44039

###